45510, 45512.   ATLANTA COCA-COLA BOTTLING COMPANY
v. ATCHESON (two cases).
45513.   PITCH'N PUTT, INC., et al.
v. ATCHESON.

QUILLIAN, Judge. These cases are controlled by the decision in *Pitch'n Putt, Inc. v. Atcheson,* 123 Ga. App. 200.

*Judgments affirmed. Bell, C. J., and Whitman, J., concur.*
ARGUED SEPTEMBER 8, 1970—DECIDED JANUARY 22, 1971.

*Hurt, Hill & Richardson, James C. Hill, Robert L. Todd,* for Coca Cola.
*Neely, Freeman & Hawkins, J. Bruce Welch,* for Pitch'n Putt.
*Gettle, Jones & Fraser, Sherman C. Fraser, Jr.,* for appellees.